UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 1:14-CR-00044 |
| | Filed: April 23, 2014 |
| v. | Violation: 15 U.S.C. § 1 |
| SHOWA CORPORATION, | Judge: Herman J. Weber |
| Defendant. | |

## WAIVER OF AN INDICTMENT

Showa Corporation, the above named defendant, which is accused of Conspiracy to Suppress and Restrain Trade and Commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1), and being advised of the nature of the charge, the proposed Information, and of the rights of the company, hereby waives in open court on the 10th day of June, 2014, prosecution by way of Indictment and consents that the proceeding may be by Information rather than by Indictment.

_____
DEFENDANT
By: Tetsuro Aoyama
    Director Managing Officer
    Showa Corporation
    (Authorized Representative)

_____
DEFENSE ATTORNEY
Anthony Aaron
Ice Miller LLP

_____
HON. HERMAN J. WEBER
UNITED STATES DISTRICT COURT