UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CRIMINAL MINUTES - SENTENCING HEARING

**UNITED STATES OF AMERICA**
    -vs-                                         **CASE NO. CR-1-14-44**
**SHOWA CORPORATION**

_____

**COUNSEL:**
**AUSA:**   Diane C. Lotko-Baker, Carla M. Stern
**Defense:**   Anthony P. Aaron, John C. Everett and Matthew L. Fornshell
_____

**Court Personnel Present:**
**HONORABLE HERMAN J. WEBER**
**Law Clerk** Amy Thomas
**Court Reporter**   Mary Ann Ranz (Official)
**Courtroom Deputy** Betsi Brockmeier
**Probation Officer** Laura Jensen and Sarah Willison
**Pretrial Officer**

**DATE:** TUESDAY, October 21, 2014
**TIME:** 10:20 A.M. - 11:00 A.M.

**DOCKET ENTRY:**  Interpreters sworn.  (Hironori Kobayashi – Official; Michael Eastwood – unofficial).  Case called before J. Weber for SENTENCING HEARING.  Defendant corporation representative present with counsel.

**REASONS FOR SENTENCE PLACED ON THE RECORD BY THE COURT.**

**SENTENCE:**

The defendant shall pay a FINE in the amount of $19.9 million (NINETEEN MILLION NINE HUNDRED THOUSAND DOLLARS), and a SPECIAL ASSESSMENT in the amount of $400.00.  Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:  Lump sum payment of $400.00 due immediately.   The $19.9 million FINE shall be paid in full before the 15th day after the date of this Order.   Payment to be made by electronic transfer.

**DEFENDANT ADVISED BY THE COURT OF RIGHT TO APPEAL.**

Judgment Order to issue.